**RICHARDSON v. McCRACKEN ENTERPRISES**

[347 N.C. 660 (1998)]

ERNESTINE RICHARDSON; MERLE RICHARDSON v. McCRACKEN ENTERPRISES, D/B/A McCRACKEN OIL COMPANY, A NORTH CAROLINA CORPORATION

No. 341A97

(Filed 6 March 1998)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 126 N.C. App. 506, 485 S.E.2d 844 (1997), affirming an order entered by Stephens (Donald W.), J., on 16 May 1996 in Superior Court, Franklin County, granting summary judgment to defendant. Heard in the Supreme Court 11 February 1998.

*Steven E. Hight, Attorney, P.A.; by Steven E. Hight and Steven H. McFarlane, for plaintiff-appellants.*

*Hatch, Little & Bunn, L.L.P., by A. Bartlett White, Harold W. Berry, and Tina L. Frazier, for defendant-appellee.*

PER CURIAM.

AFFIRMED.